IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

LARRY CRAIGMYLE,

    Plaintiff,

vs.      No. 07-2652-B/P

UNITED STATES OF AMERICA,

    Defendant.

---

ORDER OF DISMISSAL

---

On October 15, 2007, Plaintiff Larry Craigmyle, a resident of Bono, Arkansas, filed a pro se complaint and paid the civil filing fee. On November 26, 2007, the Court issued an order that, inter alia, dismissed all claims asserted in the complaint except a claim under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2671 et seq., and directed Plaintiff to obtain summonses from the Clerk and to effect service on Defendant. On December 13, 2007, Plaintiff filed a motion to voluntarily dismiss the action.

Pursuant to Fed. R. Civ. P. 41(a)(1), a plaintiff is entitled to dismiss an action without an order of the Court prior to the filing of an answer or a motion for summary judgment, whichever first occurs. Plaintiff's motion was unnecessary. It is,

however, GRANTED. The action is DISMISSED, pursuant to Fed. R. Civ. P. 41(a)(1).[1]

IT IS SO ORDERED this 10th day of January, 2008.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

---

[1] The rule provides, in pertinent part, that, "[u]nless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim." Plaintiff previously filed, and voluntarily dismissed, Craigmyle v. United States Government, No. 04-2379-Ma/P (W.D. Tenn.). The Court has not examined the complaint in that case to ascertain whether it was based on, or includes, the same claims as those presented in the instant complaint.